# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

MICHAEL NUNNINK on his own behalf and
others similarly situated,

    Plaintiff,

v.                                         Case No: 2:09-cv-365-FtM-36-SPC

WHOLESALE PICTURES AND MIRRORS, LLC
a foreign limited liability company,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri Polster Chappell on December 31, 2009 (Dkt. 29) recommending that the Court approve the parties' settlement agreement and dismiss this action with prejudice (Dkt. 28). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached

between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir.1982), and 29 U.S.C. §216.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Dkt. 28) is GRANTED. The Settlement Agreement (Dkt. 28) is APPROVED.

3) The clerk is directed to terminate any pending motions/deadlines, dismiss this action with prejudice, and **CLOSE** this case.

**DONE AND ORDERED** in Ft. Myers, Florida, on January 22, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Magistrate Judge Sherri Polster Chappell
Counsel of Record